**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**RAY FLOYD GARCIA, JR.,**

      **Plaintiff,**

      **v.**                                      **CASE NO.  24-3010-JWL**

**BRENDA DIETRICH, et al.,**

      **Defendants.**

**MEMORANDUM AND ORDER**

This matter comes now before the Court on Plaintiff Ray Floyd Garcia, Jr.'s motion to dismiss. (Doc. 6.) After reviewing the motion, the Court concludes that this matter should be dismissed without prejudice.

**IT IS THEREFORE ORDERED THAT** Plaintiff's motion to dismiss (Doc. 6) is **granted** and this matter is **dismissed without prejudice.**

.

**IT IS SO ORDERED**.

Dated on this 20th day of February, 2024, in Kansas City, Kansas.

                                      s/ John W. Lungstrum
                                      John W. Lungstrum
                                      United States District Judge